UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA LORENA HERNANDEZ, Plaintiff, v. SAN FRANCISCO UNIFIED SCHOOL DISTRICT, Defendant. | Case No. 17-cv-05258-SK **ORDER TO SHOW CAUSE** Re Docket No. 3 |

On December 11, 2017, the parties were ordered to appear at the initial case management conference in this case. However, there was no appearance by any party. Further, the docket does not include proof of service of the Complaint on Defendant San Francisco Unified School District. In light of the foregoing, the Court issues this order to show cause as to why this case should not be dismissed for failure to prosecute. Failure to provide a response in writing by January 5, 2018 will result in the reassignment of this matter to a district court judge with the recommendation that the matter be dismissed.

**IT IS SO ORDERED**.

Dated: December 11, 2017

SALLIE KIM
United States Magistrate Judge