UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA LORENA HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 17-cv-05258-SK<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL**<br><br>Regarding Docket No. 55 |

Pursuant to Plaintiff's request, and representation that the parties have stipulated thereto, the Court HEREBY DISMISSES this action with prejudice.

**IT IS SO ORDERED**.

Dated: June 27, 2019

*[signature: Sallie Kim]*

SALLIE KIM
United States Magistrate Judge